UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ZIVAN SHACKLEFORD, | Civil Action No. 02-73314 |
| Plaintiff-Relator, | HONORABLE AVERN COHN |
| v. | |
| AMERICAN MANAGEMENT, INC., an Oklahoma Corporation, ROBERT JOHNSON, CHARLES JOHNSON, BARBARA GILL, CLIFF'S UNITED DEVELOPMENT, INC., a Michigan corporation, CLIFFORD SCOTT, and WILLIAM HEARD, | |
| Defendants. _____/ | |

## JUDGMENT

This matter having come before the Court on the cross motions for summary judgment filed by American Management, Inc., and the United States of America; each such party having filed both a memorandum of facts and law and evidence in support its own motion, and a memorandum in opposition to its opponent's motion; oral argument having been heard, after which the court agreed to hold the record open for additional presentation of facts and law by the parties; each of the parties having filed a supplemental brief and supporting evidence; the court having reviewed and fully considered this matter, and having issued a Memorandum and Order Granting the United States' Motion for Summary Judgment and Denying American Management's Motion for Summary Judgment,

Accordingly, it is ORDERED AND ADJUDGED that the United States of America shall

recover from defendant AMERICAN MANAGEMENT, INC. the sum of Four Hundred Ninety Thousand, Nine Hundred Four and Seventy-Six Hundredths Dollars ($490,904.76), plus post-judgment interest in accordance with 28 U.S.C. § 1961, which shall accrue on the unpaid balance until paid in full.

The Court shall retain jurisdiction over this matter for the purpose of resolving any disputed issues pertaining to the amount of Relator's share pursuant to the False Claims Act, 31 U.S.C. § 3729 et seq., or with respect to the Relator's entitlement to seek attorney's fees and costs from Defendants pursuant to the False Claims Act.

                                                                                    s/Avern Cohn
                                                                                    AVERN COHN
                                                                                    UNITED STATES DISTRICT JUDGE

Dated: July 11, 2007

**CERTIFICATION OF SERVICE**

I hereby certify that on June 29, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

All parties listed on the mailing matrix

I further certify that I will mail the foregoing paper by U.S. mail to the following non-ECF participants:

Willliam Heard, 20442 Binder, Detroit, MI 48234; Justin C. Ravitz, Sommers, Schwartz, 2000 Town Center, Suite 900, Southfeld, MI 48075-1100; C. Frederick Robinson, 2501 N. Saginaw Street, Flint, MI 48505.

s/CAROLYN BELL HARBIN
Assistant US Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9114
Carolyn.Bell-Harbin@usdoj.gov
P27350